# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2022 KW 0127

VERSUS

ERNESTO ALONSO-LLERENA                            **FEBRUARY 10, 2022**

---

In Re:    Ernesto Alonso-Llerena, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 12-15-0311.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide
a copy of the portion of the trial transcript that pertains to
the proceeding and ruling at issue herein.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT